UNITED STATES DISTRICT COURT

Northern District of California

MALINKA TACUMA WADE MOYE,

           Plaintiff(s),

  v.

MYRIAD VENTURES INC,

           Defendant(s).
_____/

No. C 09-03899 MEJ
No. C 09-03900 MEJ
No. C 09-03902 MEJ

**ORDER OF REFERRAL**

      Pursuant to Local Rule 3-12(c), these matters are referred to the Honorable William H. Alsup for the purpose of considering whether they are related to the following case: *Malinka Tacuma Wade Moye v. City & County of San Francisco*, C-09-3892 WHA.

      **IT IS SO ORDERED.**

Dated: September 22, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**